UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois — CM/ECF LIVE, Ver 3.0
Eastern Division

Bruce S. Smith
                Plaintiff,

v.                                      Case No.: 1:08−cv−00046
                                        Honorable Harry D. Leinenweber

Sandra Sterling−Ahlla
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Harry D. Leinenweber :The Bankruptcy Record on Appeal was docketed for this case on 1/3/2008. The Court orders the following briefing schedule. Appellant's brief due 3/13/2008. Appellee's response due 4/10/2008. Appellant's reply due 4/24/2008. The Court will rule by mail.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.