## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 46 | **DATE** | 8/27/2008 |
| **CASE TITLE** | In Re: In Re: Bruce S. Smith, Defendant-Appellee v. Trina Tidwell, Plaintiff-Appellant and Sandra Sterling-Ahlla, Plaintiff-Appellant | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: The Court affirms the decision of the Bankruptcy Court in all respects.

Docketing to mail notices.
Mailed AO 450 form

| | Courtroom Deputy Initials: | WAP |
|---|---|---|