# United States District Court
## Northern District of Illinois
### Eastern Division

Bruce S. Smith, M.D.,                               **JUDGMENT IN A CIVIL CASE**

       v.                                         Case Number: 08 C 46

Trina Tidwell, et al

☐    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■    Decision by Court.  This action came before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that the Court affirms the decision of the Bankruptcy Court in all aspects.



                                         Michael W. Dobbins, Clerk of Court

Date: 8/27/2008                                              _____

                                                   /s/ Wanda A. Parker, Deputy Clerk