IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: BRUCE S. SMITH, M.D.,

  DEFENDANT-APPLELLANT,

    V.

TRINA TRIDWELL,                                  CASE NO. 08 C 46

  PLAINTIFF-APPELLEE,                HON. HARRY D. LIENENWEBER

_____

IN RE: BRUCE S. SMITH, M.D.,

  DEFENDANT-APPELLANT,

    V.

SANDRA STERLING-AHLLA,

  PLAINTIFF-APPELLEE.

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

    Bruce S. Smith, MD, the defendant, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment in a civil case and memorandum opinion and order of the United States District Court for the Northern District of Illinois, Eastern Dvision, entered in this case by Judge Harry D. Lienenweber on 8/27/08, which final judgment and memorandum opinion and order affirmed the 12/21/07 decision of the United States Bankruptcy Court for the Northern District of Illinois.

    The parties to the judgment are defendant Bruce S. Smith, MD, represented by Steven H. Jesser, Attorney at Law, P.C., 790 Frontage Road, Suite 110, Northfield, IL

2

60093, and plaintiffs Trina Tidwell and Sandra Sterling-Ahlla, both represented by Darryl E. Robinson, 1505 East 53rd Street, Suite 200, Chicago, IL 60615.

Dated: 9/8/08

Signed: /s/ Steven H. Jesser
Steven H. Jesser,
Attorney at Law, P.C.,
Attorney for Appellant
790 Frontage Road, Suite 110
Northfield, IL 60093

Case 1:08-cv-00046  Document 10  Filed 09/08/2008  Page 2 of 2