IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: BRUCE S. SMITH, M.D.,

  DEFENDANT-APPLELLANT,

     V.

TRINA TRIDWELL,                        CASE NO. 08 C 46

  PLAINTIFF-APPELLEE,        HON. HARRY D. LIENENWEBER

_____

IN RE: BRUCE S. SMITH, M.D.,

  DEFENDANT-APPELLANT,

     V.

SANDRA STERLING-AHLLA,

  PLAINTIFF-APPELLEE.

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

     Bruce S. Smith, MD, the defendant, by his attorney, Steven H. Jesser, Attorney at Law, P.C., states that the issue on appeal is whether the district court erred in affirming the decision of the U. S. Bankruptcy Court that defendant had intentionally omitted scheduling appellees upon his voluntary petition for bankruptcy relief, for the purpose of obtaining a discharge of debts allegedly owed to them.

     Defendant designates the record to be certified as that which the U.S. District Court Clerk previously certified, when defendant filed a notice of appeal from the U.S. Bankruptcy Court to the U.S. District Court.

        Dated:    9/8/08

        Signed: <u>/s/ Steven H. Jesser</u>
            Steven H. Jesser,
            Attorney at Law, P.C.,
            Attorney for Appellant
            790 Frontage Road, Suite 110
            Northfield, IL 60093

Case 1:08-cv-00046 Document 11 Filed 09/08/2008 Page 2 of 2