# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

September 23, 2009

BEFORE:  ILANA DIAMOND ROVNER, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

JOSEPH VAN BOKKELEN, *District Court Judge*

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| | |
|---|---|
| No.: 08-3358 | IN RE:<br>BRUCE S. SMITH, M.D.,<br>Debtor<br><br>TRINA TIDWELL and SANDRA STERLING-AHLLA<br>Plaintiffs-Appellees<br>v.<br><br>BRUCE S. SMITH, M.D.,<br>Defendant-Appellant |
| **Originating Case Information:** | |
| District Court No: 1:08-cv-00046<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment** (form ID: **132**)